NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1032

I-FLOW CORPORATION

Plaintiff-Appellee,

v.

WOLF MEDICAL SUPPLY, INC.
and FIRST MEDICAL SOURCE,

Defendants-Appellants.

Appeal from the United States District Court for the Central District of Califonia in case no. 09-0762, Judge Andrew J. Guilford.

ON MOTION

Before RADER, Circuit Judge.

ORDER

Wolf Medical Supply, Inc. et al. (Wolf) submit a motion for a stay, pending appeal, of the preliminary injunction entered by the United States District Court for the Central District of California and move for an "administrative stay" of the injunction while the court considers the papers submitted.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) I-Flow Corporation's response to the motion is due within seven calendar days of the date of this order.

(2) Wolf's motion for an "administrative stay" of the injunction is denied.

FOR THE COURT

OCT 2 0 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Norbert Stahl, Esq.
Lauren Keller Katzenellenbogen, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 2 0 2009

JAN HORBALY
CLERK

2010-1032                                    2